**Opinion issued November 16, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00627-CV

————————————

## IN RE WAUKESHA-PEARCE INDUSTRIES, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On August 25, 2023, relator Waukesha-Pearce Industries, LLC filed a petition for writ of mandamus challenging the trial court's order granting net worth discovery.[1] On August 28, 2023, the same day that our Court denied relator's motion

---

[1] The underlying case is *Martin James Zeilinger, Individually and as Personal Representative of the Estate of Elizabeth Zeilinger, deceased; Bernice Nanette Odell; Blake Raymond Zeilinger; Randall Swenson, Individually and as Personal Representative of the Estate of Trey Swenson, deceased; Melissa Swenson; Makayla Hernandez; and Susan Wentz v. Waukesha-Pearce Industries LLC and Jacob Allen Svadlenak*, cause number 2022-04906, pending in the 127th District Court of Harris County, Texas, the Honorable Ravi K. Sandill presiding.

for an emergency stay, relator filed a mandamus petition with the Texas Supreme Court challenging the trial court's discovery order. *See In re Waukesha-Pearce Industries, LLC*, Case No. 23-0700-CV. After briefing by the parties, the Texas Supreme Court denied relator's mandamus petition on October 27, 2023. We now deny the mandamus petition pending in our Court.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.